# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 21, 2017

Mr. David J. Bradley
Southern District of Texas, Laredo
United States District Court
1300 Victoria Street
Room 1131
Laredo, TX 78042

    No. 15-41081   USA v. Cristobal Cervantes
                       USDC No. 5:14-CV-181

Dear Mr. Bradley,

Enclosed is a copy of the Supreme Court order denying certiorari.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____
                            Charlene A. Vogelaar, Deputy Clerk
                            504-310-7648