UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 5:11-CR-425-2 |
| | § | |
| CRISTOBAL CERVANTES | § | |

## ORDER

Pending before the Court is Defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (Dkt. No. 472). Defendant has previously filed similar motions (*see* Dkt. Nos. 360, 431, 460), which were denied without prejudice due to Defendant's prison behavioral record (*see* Dkt. Nos. 362, 434, 469). In its most recent denial, the Court advised Defendant that it would consider a renewed motion for sentence reduction if Defendant's behavior "markedly improve[d]" (Dkt. No. 469). However, Defendant has continued to misbehave in prison. In October 2021, Defendant admitted to possessing opioids, which were discovered in his personal belongings.

Having weighed the factors articulated in 18 U.S.C. § 3553(a), the Court again concludes that a sentence reduction is unwarranted in this case, and Defendant's motion (Dkt. No. 472) is **DENIED**.

It is so **ORDERED**.

**SIGNED** November 5, 2021.

Marina Garcia Marmolejo
United States District Judge